1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2932

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        ) CR. No. 2:12-cr-00187-WBS
                                    )
11              Plaintiff,          ) STIPULATION AND ORDER
                                    )
12 v.                               ) DATE: August 6, 2012
                                    ) TIME: 9:00 a.m.
13                                  ) COURT: Hon. William B. Shubb
   MANOLO REYES and                 )
14 MARIO ABEL RAYA,                 )
                                    )
15              Defendants.         )
                                    )
16 _____      )

17

18     **IT IS HEREBY STIPULATED** by and between: Assistant United

19 States Attorney Paul Hemesath, counsel for Plaintiff; Clemente

20 Jimenez, counsel for defendant Mario Abel RAYA; and Douglas Beevers,

21 counsel for defendant Manolo Reyes, that the above status conference

22 be rescheduled from this Court's August 6, 2012, calendar, and that

23 the matter be re-calendared for September 10, 2012, at 9:30 a.m.

24 This request is made jointly by the government and defense in order

25 to permit time for continued preparation, including investigation

26 which is currently in progress, and plea negotiations.  The parties

27 stipulate that the ends of justice served by granting the parties'

28 request outweigh the best interest of the public and defendants in a

                                    1

speedy trial.

   IT IS FURTHER STIPULATED that time should be excluded through September 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.


Dated: August 3, 2012            /s/ Paul Hemesath
                                 Paul Hemesath
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

Dated: August 3, 2012            /s/ Douglas Beevers
                                 Douglas Beevers
                                 Counsel for Defendant
                                 MANOLO REYES

Dated: August 3, 2012            /s/ Clemente Jimenez
                                 Clemente Jimenez
                                 Counsel for Defendant
                                 MARIO ABEL RAYA



**O R D E R**

   Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

Dated: August 3,2012


_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE