1  JOSEPH SCHLESINGER, #87692
   Acting Federal Defender
2  DOUGLAS J. BEEVERS, USVI #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5
   Attorney for Defendant
6  MANOLO REYES

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )   CR. No. 2:12-cr-00187 WBS
                                           )
12          Plaintiff,                     )   STIPULATION AND [PROPOSED] ORDER
                                           )   TO CONTINUE STATUS CONFERENCE
13  v.                                     )
                                           )   Date:  April 29, 2013
14  MANOLO REYES and                       )   Time:  9:30 a.m.
                                           )   Judge: Hon. William B. Shubb
15  MARIO ABEL RAYA,                       )
                                           )
16          Defendants.                    )
                                           )
17

18

19      The parties request that the status conference in this case be continued from March 18, 2013, to April

20  29, 2013 at 9:30 a.m. They stipulate that the time between March 18, 2013 and April 29, 2013 should be

21  excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice

22  are served by the Court excluding such time, so that counsel for the defendant may have reasonable time

23  necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.

24  §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to investigate

25  the facts of the case, to consult with an expert, and examine the contraband. The parties stipulate and agree

26  that the interests of justice served by granting this continuance outweigh the best interests of the public and

27  the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

28

| | | |
|---|---|---|
| Dated: March 15, 2013 | | Respectfully submitted, |
| | | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| | | */s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>MANOLO REYES |
| Dated: March 15, 2013 | | */s/ Clemente Jimenez*<br>CLEMENTE JIMENEZ<br>Attorney for Defendant<br>MARIO ABEL RAYA |
| Dated: March 15, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | */s/ Paul Hemesath*<br>PAUL HEMESATH<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for March 18, 2013, be continued to April 29, 2013, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the April 29, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated:  March 15, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE