| | |
|---|---|
| 1 | CLEMENTE M. JIMÉNEZ, SBN 207136 |
| 2 | 428 J Street, Suite 355 |
|   | Sacramento, CA 95814 |
| 3 | (916) 443-8055 |
| 4 | |
|   | Attorney for Defendant |
| 5 | MARIO RAYA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR. S-12-187 TLN |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| MARIO RAYA, et al., | DATE: April 29, 2013 |
| | TIME: 9:30 a.m. |
| Defendants. | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant MARIO RAYA, and Douglas Beevers, counsel for Defendant Manolo Reyes, that the status conference scheduled for April 29, 2013, at 9:30 a.m., before Judge Shubb, be vacated and the matter continued to this Court's criminal calendar on May 16, 2013, at 9:30 a.m. for further status conference.

This case was recently reassigned from Judge Shubb to Judge Nunley.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: April 24, 2013 /S/ Paul Hemesath
PAUL HEMESATH
Attorney for Plaintiff

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for MARIO RAYA

/S/ Douglas Beevers
DOUGLAS BEEVERS
Attorney for MANOLO REYES

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for April 29, at 9:30 a.m., before Judge Shubb, be vacated and the matter continued to May 16, 2013, at 9:30 a.m. before this court for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 29th day of April, 2013

Troy L. Nunley
United States District Judge