| | |
|---|---|
| 1 | CLEMENTE M. JIMÉNEZ, SBN 207136 |
| 2 | 428 J Street, Suite 355 |
|   | Sacramento, CA 95814 |
| 3 | (916) 443-8055 |
| 4 | |
|   | Attorney for Defendant |
| 5 | MARIO RAYA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-187 TLN |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| MARIO RAYA, et al., | DATE: June 20, 2013 |
| | TIME: 9:30 a.m. |
| Defendants. | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant MARIO RAYA, and Douglas Beevers, counsel for Defendant Manolo Reyes, that the status conference scheduled for June 20, 2013, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on August 1, 2013, at 9:30 a.m. for further status conference. The parties are actively attempting to arrive at resolution and require additional time to address a number of issues. Furthermore, the Court has previously issued an order requiring US Probation to calculate Mr. Raya's criminal history. US Probation has indicated that they will require additional time to complete Mr. Raya's criminal history calculation.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),

(Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: June 18, 2013     /S/    Paul Hemesath_____
PAUL HEMESATH
Attorney for Plaintiff

/S/    Clemente M. Jiménez_____
CLEMENTE M. JIMÉNEZ
Attorney for MARIO RAYA

/S/    Douglas Beevers_____
DOUGLAS BEEVERS
Attorney for MANOLO REYES

# ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for June 20, 2013, at 9:30 a.m., be vacated and the matter continued to this court's criminal calendar on August 1, 2013, at 9:30 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 19th day of June, 2013

_____
Troy L. Nunley
United States District Judge