HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANOLO REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:12-cr-00187 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MANOLO REYES and | |
| MARIO ABEL RAYA, | Date: August 29, 2013 |
| | Time: 9:30 a.m. |
| Defendants. | Judge: Hon. Troy L. Nunley |

The parties request that the status conference in this case be continued from Thursday, August 1, 2013, to Thursday, August 29, 2013 at 9:30 a.m. They stipulate that the time between August 1, 2013 and August 29, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to investigate the facts of the case, to consult with an expert, and examine the contraband. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: July 26, 2013               Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Defender

                                   */s/ Douglas Beevers*
                                   DOUGLAS BEEVERS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   MANOLO REYES


Dated: July 26, 2013               */s/ Clemente Jimenez*
                                   CLEMENTE JIMENEZ
                                   Attorney for Defendant
                                   MARIO ABEL RAYA


Dated: July 26, 2013               BENJAMIN B. WAGNER
                                   United States Attorney

                                   */s/ Paul Hemesath*
                                   PAUL HEMESATH
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

# ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for August 1, 2013, be continued to August 29, 2013, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the August 29, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated:    July 26, 2013

                                                        _____
                                                        Troy L. Nunley
                                                        United States District Judge