CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
MARIO RAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARIO RAYA, et al.,<br><br>  Defendants. | Case No.: 2:12-cr-187 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: November 14, 2013<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

 IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul Hemesath, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant MARIO RAYA, and Douglas Beevers, counsel for Defendant Manolo Reyes, that the status conference scheduled for November 14, 2013, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on December 5, 2013, at 9:30 a.m. for further status conference and anticipated change of plea.  The parties anticipate forthcoming plea agreements shortly, and counsel will require additional time to review said plea agreements with their respective clients.

 IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

12cr187 Raya - Stip to Cont.doc
11/13/13

- 1 -

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: November 13, 2013   /S/   Paul Hemesath
                           PAUL HEMESATH
                           Attorney for Plaintiff

                           /S/   Clemente M. Jiménez
                           CLEMENTE M. JIMÉNEZ
                           Attorney for MARIO RAYA

                           /S/   Douglas Beevers
                           DOUGLAS BEEVERS
                           Attorney for MANOLO REYES

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for November 14, 2013, at 9:30 a.m., be vacated and the matter continued to this court's criminal calendar on December 5, 2013, at 9:30 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 13th day of November, 2013

_____
Troy L. Nunley
United States District Judge

12cr187 Raya - Stip to Cont.doc
11/13/13

- 2 -