HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
MANOLO REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:12-CR-00187 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| | ) DATE: December 12, 2013 |
| MANOLO REYES and | ) TIME: 9:30 AM |
| MARIA ABEL RAYA, | ) JUDGE: Hon. Troy L. Nunley |
| | ) |
| Defendant. | ) |

The parties request that the status conference in this case be continued from Thursday, December 5, 2013, to Thursday, December 12, 2013 at 9:30 a.m. They stipulate that the time between December 5, 2013 and December 12, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to investigate the facts of the case, to consult with an expert, and examine the contraband. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

*U.S. v. Manolo, et al.* -1-
  Stipulation and Order

| | | |
|---|---|---|
| Dated: December 3, 2013 | | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender |
| | | /s/ Douglas Beevers<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>MANOLO REYES |
| Dated: December 3, 2013 | | /s/ Clemente Jimenez<br>CLEMENTE JIMENEZ<br>Attorney for Defendant<br>MARIO ABEL RAYA |
| Dated: December 3, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | /s/ Paul Hemesath<br>PAUL HEMESATH<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## **ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for December 5, 2013, be continued to December 12, 2013, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the December 12, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

IT IS SO ORDERED.

Dated: December 3, 2013

_____
Troy L. Nunley
United States District Judge