| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, #288639 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| | MANOLO REYES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:12-CR-00187 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | DATE: January 9, 2014 |
| MANOLO REYES and | ) | TIME: 9:30 AM |
| MARIA ABEL RAYA, | ) | JUDGE: Hon. Troy L. Nunley |
| | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from Thursday, December 12, 2013, to Thursday, January 9, 2014 at 9:30 a.m. They stipulate that the time between December 12, 2013 and January 9, 2014 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to investigate the facts of the case, to consult with an expert, and examine the contraband. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

*U.S. v. Manolo, et al.* -1-
Stipulation and Order

| | | |
|---|---|---|
| Dated: December 10, 2013 | | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>/s/ Douglas Beevers<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>MANOLO REYES |
| Dated: December 10, 2013 | | /s/ Clemente Jimenez<br>CLEMENTE JIMENEZ<br>Attorney for Defendant<br>MARIO ABEL RAYA |
| Dated: December 10, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney<br><br>/s/ Paul Hemesath<br>PAUL HEMESATH<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## **ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for December 12, 2013, be continued to January 9, 2014, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the January 9, 2014, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

IT IS SO ORDERED.

Dated: December 11, 2013

Troy L. Nunley
United States District Judge

*U.S. v. Manolo, et al.*
Stipulation and Order                                                    -2-